**Peter H. HANDEL, Appellant,**

v.

**Christel K. HANDEL, Respondent.**

Nos. 69862, 70540.

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 28, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 17, 1997.

Application to Transfer Denied
April 29, 1997.

Michael C. Walther, Craig G. Kallen & Henry Gerhardt, St. Louis, for appellant.

Terry L. Jones, St. Louis, Greg L. Roberts, Chesterfield, for respondent.

Before AHRENS, C.J., and CRANDALL and RHODES RUSSELL, JJ.

### ORDER

PER CURIAM.

Peter Handal appeals from the trial court's judgments of legal separation and an award of attorney's fees.

The judgments are supported by substantial evidence and are not against the weight of the evidence; no error of law appears. An opinion would have no precedential value.

The judgments of the trial court are affirmed. Rule 84.16(b).